# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEITH CONLON,<br><br>        Plaintiff,<br><br>v.<br><br>BP LUBRICANTS USA, INC.,<br><br>        Defendant. | Civil Action No.<br><br>22-6755 (JXN) (LDW)<br><br>**ADMINISTRATIVE TERMINATION ORDER** |

**THIS MATTER** having come before the Court by way of the parties' December 6, 2024 letter informing the Court that they intend to pursue private mediation prior to defendant moving for summary judgment (ECF 61); and for good cause shown;

**IT IS, on this 9th day of December 2024,**

**ORDERED** that this action and any pending motions are hereby administratively terminated pending the outcome of mediation; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that any party may request that this action be reopened and restored to the Court's active docket by filing a letter to that extent; and it is further

**ORDERED** that the parties shall file a letter on or before **December 18, 2024** updating the Court about their choice of mediator and scheduled mediation date; and it is further

**ORDERED** that the parties shall appear for a telephonic status conference before the undersigned on **February 27, 2025 at 2:00 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (973) 437-5535, access code 477 552 814#.

                                                    *s/ Leda Dunn Wettre*
                                                   Hon. Leda Dunn Wettre
                                                   United States Magistrate Judge